UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,
       Plaintiff,

    -v-                                      21-CV-
                                              Request for Arrest Warrant
                                              in Rem Cover Sheet

ONE GRAY 2014 CHRYSLER 300,
VIN: 2C3CCAGG3EH222701,
       Defendant.
_____

[x]    The property <u>is</u> in the government's possession, custody, or control.

       The United States of America respectfully requests that the Clerk to issue a warrant of arrest in rem pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

-------------- OR --------------

[ ]    The property <u>is not</u> in the government's possession, custody, or control.

       The United States of America shall make a motion requesting that the Court issue a warrant of arrest in rem pursuant to Rule G(3)(b)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

Date: <u>September 1, 2021</u>                                   <u>s/Mary Clare Kane</u>
                                                                       Assistant United States Attorney